# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| DALE MOOG, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CHRISTIAN BROADCASTING NETWORK, INC.,<br><br>    Defendant. | Case No. 1:24-cv-00501-PTG-IDD |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Dale Moog ("Plaintiff"), by and through undersigned counsel and pursuant to the Class Action Settlement Agreement dated November 8, 2024 and filed herewith (the "Settlement Agreement"),[1] and the exhibits attached thereto, moves this Court for preliminary approval of the proposed settlement (the "Settlement") of this action (the "Action"). More specifically, Plaintiff respectfully requests that this Court enter an order, substantially in the form of the proposed order attached as Exhibit A to the Settlement Agreement, (1) finding it will likely (a) approve the Settlement and (b) certify the Settlement Class for purposes of judgment on the proposed Settlement; (2) appointing Plaintiff as Class Representative for the Settlement Class; (3) appointing Bailey Glasser LLP and Carney Bates & Pulliam PLLC as Class Counsel; (4) approving the form and manner of notice and directing notice to the Settlement Class; and (5) scheduling a

---

[1] Unless otherwise indicated, capitalized terms herein refer to and have the same meaning as in the Settlement Agreement.

hearing before the Court to determine whether the Settlement should be finally approved and to consider Plaintiff's request for attorneys' fees, litigation expenses, and a Service Award.

Dated: November 8, 2024                     Respectfully submitted,

                                                                                   */s/ Nicholas Johnson*
Nicholas Johnson (#76027)
James Kauffman (admitted pro hac vice)
BAILEY GLASSER LLP
1055 Thomas Jefferson Street NW, Ste 540
Washington, DC 20007
Tel: (202) 463-2101
Fax : (202) 463-2103
Email: njohnson@baileyglasser.com
Email: jkauffman@baileyglasser.com

Allen Carney (admitted pro hac vice)
Sam Jackson (admitted pro hac vice)
CARNEY BATES & PULLIAM, PLLC
1 Allied Drive, Ste 1400
Little Rock, AR 72202
Telephone : (501) 312-8500
Facsimile : (501-312-8505
Email : acarney@cbplaw.com
Email: sjackson@cbplaw.com

Counsel for Plaintiff Dale Moog
and the Proposed Settlement Class