# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| DALE MOOG, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>THE CHRISTIAN BROADCASTING NETWORK, INC.,<br><br>        Defendant. | Case No. 1:24-cv-00501-PTG-IDD |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT

In accord with the Settlement Agreement (the "Settlement Agreement")[1] and this Court's Order Granting Preliminary Approval, dated January 29, 2025 (ECF No. 26) (the "Preliminary Approval Order"), Plaintiff Dale Moog ("Plaintiff" or "Settlement Class Representative"), by and through undersigned counsel, hereby moves this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order (i) granting final approval of the proposed settlement of this case (the "Settlement") as fair, reasonable, and adequate; (ii) granting final certification to the Settlement Class; and (iii) finding the notice program as set forth in the Settlement Agreement and effectuated pursuant to the Preliminary Approval Order satisfies the requirements of Federal Rule of Civil Procedure 23(c) and due process and constitutes the best notice practicable under the circumstances. In support thereof, Plaintiff is contemporaneously filing a Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement, the Declaration of Andrea

---

[1] Previously filed with the Court on November 8, 2024 as part of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* ECF No. 24-2.

1

Dudinsky of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement, and the Joint Declaration of Allen Carney and James Kauffman in Support of Plaintiff's Motions for Final Approval and Award of Attorneys' Fees, Litigation Expenses, and a Service Award.

Dated: April 14, 2025                                        Respectfully submitted,

*/s/ Nicholas Johnson*
Nicholas Johnson (#76027)
James Kauffman (admitted pro hac vice)
BAILEY GLASSER LLP
1055 Thomas Jefferson Street NW, Ste 540
Washington, DC 20007
Tel: (202) 463-2101
Fax : (202) 463-2103
Email: njohnson@baileyglasser.com
Email: jkauffman@baileyglasser.com

Allen Carney (admitted pro hac vice)
Sam Jackson (admitted pro hac vice)
CARNEY BATES & PULLIAM, PLLC
1 Allied Drive, Ste 1400
Little Rock, AR 72202
Telephone : (501) 312-8500
Facsimile : (501-312-8505
Email : acarney@cbplaw.com
Email: sjackson@cbplaw.com

Counsel for Plaintiff Dale Moog
and the Proposed Settlement Class