**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DALE MOOG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHRISTIAN BROADCASTING NETWORK, INC.,<br><br>Defendant. | Case No. 1:24-cv-00501-PTG-IDD |

**MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND A SERVICE AWARD**

On April 14, 2025, Plaintiff Dale Moog ("Plaintiff") filed (i) Plaintiff's Motion and Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement (ECF Nos. 27 and 28), and (ii) Plaintiff's Motion and Memorandum of Law in Support of Motion for Award of Attorneys' Fees, Litigation Expenses, and a Service Award (collectively, "Plaintiff's Motions"). Plaintiff's Motions reported that (i) the Court-approved notice plan had been implemented in accordance with the Preliminary Approval Order and the Settlement Agreement (*see* ECF No. 28, at 3, 7; Declaration of Andrea Dudinsky of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement (ECF No. 27-1 ("Dudinsky Decl. I")) ¶¶ 4-10); and (ii) as of April 14, 2025, only one request for exclusion had been received, and no objections had been made to either the Settlement or Class Counsel's request for attorneys' fees, litigation expenses, and a service award (*see* ECF No. 28, at 18; Dudinsky Decl. I ¶ 15).

The deadline for objecting and requesting exclusion, which was April 29, 2025, has now passed. Neither the Settlement Administrator nor Class Counsel have received any objections to

the Settlement or to Class Counsel's request for attorneys' fees, litigation costs, and service awards. *See* Ex. 1, Supplemental Declaration of Andrea Dudinsky of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement ("Dudinsky Decl. II") ¶¶ 4-5. Additionally, the Settlement Administrator has received only two additional requests for exclusion. *Id.*

Accordingly, Plaintiff and Class Counsel submit that the reaction from the Settlement Class Members has been overwhelmingly positive and weighs in favor of approval of Plaintiff's Motions. For this reason and those specified in Plaintiff's Motions, Plaintiff and Class Counsel respectfully request that the Court (i) grant final approval of the proposed settlement of this case (the "Settlement") as fair, reasonable, and adequate; (ii) grant final certification to the Settlement Class; (iii) find the notice program as set forth in the Settlement Agreement and effectuated pursuant to the Preliminary Approval Order satisfies the requirements of the Federal Rules of Civil Procedure and due process and constitutes the best notice practicable under the circumstances, (iv) award Class Counsel the requested attorneys' fees and litigation expenses; and (v) award Plaintiff the requested service award. A proposed order is submitted herewith.

Dated: June 27, 2025

Respectfully submitted,

*/s/ Nicholas Johnson*

Nicholas Johnson (#76027)
James Kauffman (admitted *pro hac vice*)
BAILEY GLASSER LLP
1055 Thomas Jefferson Street NW, Ste 540
Washington, DC 20007
Tel: (202) 463-2101
Fax : (202) 463-2103
Email: njohnson@baileyglasser.com
Email: jkauffman@baileyglasser.com

Allen Carney (admitted *pro hac vice*)
Sam Jackson (admitted *pro hac vice*)
CARNEY BATES & PULLIAM, PLLC
1 Allied Drive, Ste 1400
Little Rock, AR 72202
Telephone : (501) 312-8500
Facsimile : (501-312-8505
Email : acarney@cbplaw.com
Email: sjackson@cbplaw.com

*Counsel for Plaintiff Dale Moog*
*and the Proposed Settlement Class*